

___
85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

May 14, 2019

Hon. Michael J. Kaplan
United States Bankruptcy Court
Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, NY 14202

**Re: Paul Francis Gasiewicz, II – BK Case No. 17-12579-MJK**

Dear Judge Kaplan,

This office represents Secured Creditor BSI Services as servicer for U.S. Bank Trust National Association, as Trustee of Tiki Series III Trust, in the above referenced matter. Please be advised that the Motion for Relief from the Automatic Stay (ECF Docket No. 70) scheduled to heard on May 15, 2019 has been rescheduled by the Court to June 5, 2019 at 10:00am. The parties continue to work on a conditional order to resolve the motion.

Should you have any questions concerning the foregoing, please do not hesitate to contact the undersigned.

        Respectfully submitted,

        By: /s/ Adam J. Friedman
        Adam J. Friedman, Esq.
        FRIEDMAN VARTOLO LLP
        Attorneys for Movant
        Friedman Vartolo LLP
        1325 Franklin Avenue, Suite 230
        Garden City, New York 11530
        T: (212) 471-5100
        F: (212) 471-5150

*cc: By email only: Michael W. Cole, Law Offices of Michael W. Cole, PLLC, 13349 Broadway St., Alden, NY 14004*